IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Dejuan Evan Maxwell, | ) | C/A No.: 4:11-1636-CWH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Brandon Lee, Deputy Sheriff, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, proceeding *pro se* and *in forma pauperis*, is an inmate incarcerated at Tyger River Correctional Institution and brings this action alleging violations of 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.), all pretrial proceedings have been referred to the undersigned.

This matter comes before the court on the motion of Plaintiff for discovery. [Entry #25]. Plaintiff's motion contains a list of document requests he seeks from Defendant in connection with his lawsuit. It does not appear from the motion that Plaintiff has submitted the requests to Defendant prior to filing his motion. Plaintiff is advised that the proper procedure for requesting documents from Defendant is contained in Federal Rule of Civil Procedure 34. Specifically, requests for documents should be served on counsel for Defendants and should not be filed with the court absent a dispute between the parties after previous service. Therefore, Plaintiff's motion must be denied.

In light of Plaintiff's need for discovery, the undersigned extends the existing deadlines as follows: (1) the deadline for the completion of discovery in this case is extended until February 28, 2012; and (2) the deadline for the filing of dispositive

motions is extended until March 13, 2012. Plaintiff is advised that any additional requests for discovery should be served on counsel for Defendants and should not be filed with the court.

    IT IS SO ORDERED.

January 17, 2012                                   Shiva V. Hodges
Columbia, South Carolina                  United States Magistrate Judge